TLaw Library

RECEIVED

NOV 0 6 2012

SUPERIOR COURT
OF GUAM
CLERKS OFFICE

**IN THE SUPERIOR COURT OF GUAM**

PUBLIC DEFENDER SERVICE CORPORATION
Government of Guam
MVP Sinajana Commercial Building, Unit B, 779 Route 4
Sinajana, Guam 96910-5174 Guam 96910
Phone: (671) 475-3100 • Fax: (671) 477-5844

| | |
|---|---|
| PEOPLE OF GUAM, | ) Criminal Case No.: CF0713-10 |
| | ) **GPD Report No.** |
| | ) |
| vs. | ) |
| | ) |
| MARY AGUIGUI SABLAN, | ) STIPULATION AND ORDER TO |
| | ) MODIFY SENTENCE |
| | ) (Termination from Adult Drug Court) |
| Defendant. | ) |
| | ) |
| | ) |

Come now the parties to stipulate to modify the Defendant's sentence to the following:

That as to the Charge of **POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (as a Third Degree Felony)** as contained in the Indictment filed in Superior Court Criminal Case No. CF0713-10, the Court's acceptance and entry of the Defendant's guilty plea shall be deferred for a period of five (5) years for the charge, and subject to the terms and conditions set forth below:

  a. Defendant shall serve three (3) years imprisonment at the Department of Corrections, with credit for time served. This period of incarceration shall be suspended, subject to the terms and conditions of probation set forth below;

  b. The Defendant agrees to termination from Adult Drug Court;

  c. The Defendant agrees to be sentenced to a five-year first offender plea.

  d. That any dismissal of this case shall **not include expungement**;

  e. The Defendant agrees that all sanctions occurred during Adult Drug court shall not court towards any fines, community service, or restitution owed;

  f. The Defendant shall receive credit for any fine incarceration, community service and restitution paid during this time in Adult Drug Court, that did not occur due to sanctions;

ORIGINAL

PUBLIC DEFENDER SERVICE CORPORATION
Government of Guam
MVP Sinajana Commercial Building, Unit B. 779 Route 4
Sinajana. Guam 96910-5174 Guam 96910
Phone: (671) 475-3100 • Fax: (671) 477-5844

g. That Defendant shall pay a fine of five thousand dollars ($5,000.00), plus court costs, to be paid to the Drug Treatment and Enforcement Fund, pursuant to 9 GCA § 67.401.12 and 80.31.1, and to be paid monthly starting the first month following Defendant's guilty plea or the first month following Defendant's release from Department of Corrections, whichever is the latter. If financially unable to pay a fine, said fine may be converted to community service hours at the prevailing minimum wage rate;

h. That Defendant shall perform one hundred fifty (150) hours of community service work at the direction of the Alternative Sentencing Office. That the Defendant shall perform no fewer than (5) hours of community-service work each month following Defendant's release from Department of corrections, whichever is the latter. That the Defendant shall receive two (2) hours credit of community service for each one (1) hour of counseling completed by the Defendant;

i. That Defendant shall enroll and attend a drug rehabilitation program at the Department of Mental Health and Substance Abuse or any other drug rehabilitation program approved by the Superior Court. Defendant shall receive two (2) hours credit towards community service for each hour of counseling Defendant attends;

j. That during the course of Defendant's participation, sanctions up to and including days of incarceration at the Department of Corrections may be imposed as sanctions. Days of incarceration imposed as sanctions for violation of program requirements will not be credited as time served pursuant to 9 GCA § 80.46;

PUBLIC DEFENDER SERVICE CORPORATION
Government of Guam
MVP Sinajana Commercial Building, Unit B, 779 Route 4
Sinajana, Guam 96910-5174 Guam 96910
Phone: (671) 475-3100 • Fax: (671) 477-5844

k. That defendant shall be placed on a special probation term of five (5) years, which shall commence upon Defendant's guilty plea or release from Department of Corrections whichever is the latter, provided that the Defendant complete the following conditions:

   i. Defendant shall attend and successfully complete any drug and/or alcohol counseling program recommended by the Court after assessment at the Department of Mental Health and Substance Abuse at no cost to the Defendant. Defendant shall diligently report within two weeks from either his release from the Department of Corrections or him guilty plea whichever is the latter;

   ii. Defendant shall report to the Probation Office three times per week or as ordered by Court, and at those times will take a drug test if requested. Failure to take the drug tests, if requested, will be considered a violation of probation. Defendant will report to Probation for his initial intake within two working days of his release from the Department of Corrections or his guilty plea, whichever is the latter;

   iii. Defendant shall perform one hundred fifty (150) hours of community service work at the directions of the Alternative Sentencing Office. Defendant shall perform no fewer than five (5) hours of community service work each month commencing upon the first month following Defendant's guilty plea or the first month following Defendant's release from the Department of Corrections, which is the latter. Defendant shall receive two (2) hours credit towards community service for each one hour of counseling completed by the Defendant;

m:\wg-tal\criminal\sablan, mary aguigui-99548\stip and order to modify sentence, term of adc.docxsafe

PUBLIC DEFENDER SERVICE CORPORATION
Government of Guam
MVP Sinajana Commercial Building, Unit B, 779 Route 4
Sinajana, Guam 96910-5174 Guam 96910
Phone: (671) 475-3100 • Fax: (671) 477-5844

iv. Defendant stipulates to forfeit any contraband and cash seized to the Guam Police Department for Drug Training, and all other non-contraband personal items will be returned to the Defendant;

v. Defendant stipulates to forfeit any contraband and cash seized to the Guam Police Department for Drug Training, and all other non-contraband personal items will be returned to the Defendant;

vi. Defendant shall stay away from all firearms and other deadly weapons, and under no circumstances is he to possess, carry, transfer, or use any firearms;

vii. Defendant shall forfeit him Guam Firearm Identification Card if he possesses one and shall not apply for one in the event he does not possess one;

viii. Defendant is to surrender his passport, if any, to the Probation Office;

ix. Defendant shall not leave Guam without the approval of the Court or Probation office, with prior notice being given to the Office of the Attorney General, Prosecution Division;

x. Defendant shall not possess or consume any illegal controlled substances;

xi. Defendant shall submit to random drug testing under the supervision of the Probation Office;

xii. Defendant shall not consume any alcoholic beverages;

xiii. Defendant shall submit to random alcohol testing under the supervision of the Probation Office;

n:\wg-taf\criminal\sablan, mary aguigui-99548\stip and order to modify sentence. term of adc.docxsafc

xiv. Defendant shall permit Probation Officers or police officers to search his person, automobile, and residence or room where he is residing, for firearms, alcohol, and illegal controlled substances at any time such a search is requested. Failure to allow such a search will be considered a violation of probation. Defendant and his attorney stipulate that a presumptive positive field test for drugs, including the Roche Cup or On Tract Test Systems, will be considered conclusive evidence of a probation violation;

xv. Defendant shall make good faith efforts to obtain and maintain legal employment or continue in school;

xvi. Defendant shall obey all federal and local laws of Guam; and

xvii. Defendant shall abide by any other reasonable conditions imposed by the Court or the Probation Office.

xviii. Failure of the Defendant to follow all of his conditions of supervised probation will result in a hearing to revoke probation at which time the Court may impose the maximum sentence in this case pursuant to paragraph 2 of the plea agreement which provides that **the offenses carry a sentence for first offenders of no more than three (3) years imprisonment and a fine of five thousand dollars ($5000.00). The sentence must include a mandatory community service of no less than one hundred fifty (150) hours, a mandatory enrollment and attendance in a drug rehabilitation program at the Department of Mental Health and Substance Abuse, or any other drug**

m:\wg-taf\criminal\sablan, mary aguigui-99548\stip and order to modify sentence, term of adc.docxsafe

rehabilitation program approved by the Superior Court, and a mandatory term of probation of five (5) years for each charge.

SO STIPULATED.

_____
JAMES C. COLLINS
Assistant Attorney General

Dated: 10/25/12

_____
TERRANCE A. LONG
Attorney for Defendant

Dated: 10/24/12

_____
MARY AGUIGUI SABLAN
Defendant

Dated: 10/24/12

The parties having so stipulated, IT IS HEREBY ORDERED, that the Defendant's sentence is modified as outlined above, NUNC PRO TUNC to _____.

DEC 0 3 2012

_____
HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

PUBLIC DEFENDER SERVICE CORPORATION
Government of Guam
MVP Sinajana Commercial Building, Unit B, 779 Route 4
Sinajana, Guam 96910-5174 Guam 96910
Phone: (671) 475-3100 • Fax: (671) 477-5844

m:\wg-tal\criminal\sablan, mary aguigui-99548\stip and order to modify sentence, term of adc.docxsafc